JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JIMMY SANTANA, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM MUNIZ, Warden, <br><br> Respondent. | No. CV 15-02721-SVW (DFM) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: November 17, 2016

_____
STEPHEN V. WILSON
United States District Judge